JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE B
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　COURT NO: 92 A 20096
          Plaintiff,

     v.                              DEFAULT JUDGMENT

ANN M. SOLOMON

          Defendant(s).
_____/



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ANN M. SOLOMON

the sum of $1,370.66 as principal, $2,516.48 as accrued prejudgment interest, $155.00 administrative charges, and $58.50 costs, plus $337.00 attorney fees for a total amount of $4,437.64, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUN - 4 1992

                                LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By: _____
                                       Deputy Clerk